BEATRICE C. SHIVERICK, Appellant, v. SEYMOUR W. BONSALL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of SAMUEL J. MITCHELL for an Order Directing EDWARD F. BOYLE and Others, as and Constituting the Board of Elections of the City of New York, to Receive and File a Certain Certificate of Nomination of SAMUEL J. MITCHELL as the Candidate of the Democratic Party for the Office of Sheriff of the County of Queens, etc.— Order affirmed, without costs. No opinion. Thomas, Carr, Stapleton and Putnam, JJ., concurred.